United States District Court
Southern District of Texas
**ENTERED**
November 29, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:17–cr–00651 |
| § | |
| Freddy Montes, Giovani Alexander Alecio, Victor Javiel Gonzalez, Melisa Dominguez, Maria Angelica Moreno–Reyna, William Alberto Lopez, Israel Juarez Sifuentes, Erik Ivan Alvarez–Chavez, Grisel Salas, Jose Ruben Palomo–Martinez, Denis Amaya Caballero, Gabriela Gonzalez–Flores, Walter Lopez, Eddie Alejandro Torres, Raul Moreno–Reyna, Jose Luis Moreno, Gilbert Espinoza Garcia, Hector Reyna, Anadalit Duarte, Bianca Stephanie Reyna, Claudia Soriano–Hernandez, Jimmy Mejia Chavez, Juan Carlos Contrera Cervantes § | |

## ORDER APPOINTING COUNSEL

Because the Material Witness(es), Lourdes Rodriguez, have satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Material Witness(es).

Signed on November 29, 2017.

Frances H. Stacy
United States Magistrate Judge