IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



DEC 13 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-17-651-9 |
| | § | |
| GRISEL SALAS | § | |
| | § | |
| Defendant. | § | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA and
## FEDERAL RULE OF CRIMINAL PROCEDURE 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, **GRISEL SALAS**, the Defendant in this cause, with the advice and counsel of my attorney, **MARY CONN,** hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before the Honorable Nancy Johnson, United States Magistrate Judge for the Southern District of Texas, Houston Division. I understand that my guilty plea is subject to approval and final acceptance by the **Honorable Gray H. Miller** United States District Court Judge for the Southern District of Texas, Houston Division, and that sentencing will be conducted by the **Honorable Gray H. Miller.**

Signed on this 13th day of December, 2018, at Houston, Texas.

GRISEL SALAS
_____
Defendant's Name

_____          _____
Defendant                                              Attorney for Defendant

_____
Assistant United States Attorney