United States District Court
Southern District of Texas
**ENTERED**
December 18, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § | CRIMINAL NO. H-4:17-cr-00651-9 |
| **GRISEL SALAS,** | § § | |
| **Defendant.** | § | |

## PRELIMINARY ORDER OF FORFEITURE

Following the Defendant's conviction and based on the evidence in the record, the Court finds that the United States of America has established the requisite nexus between the property listed below and the offense of conviction. It is ORDERED that:

1. The following property is forfeited to the United States of America:

    a. One (1) 2009 Silver Chevrolet Malibu with Texas License Plate Number CNL-2382, VIN 1G1ZH57BX9F228692;

    b. One (1) 2006 white trailer with VIN 1GRAA06216W705993, Texas license plate 084B686; and

    c. one (1) 2006 blue Peterbilt Motors Co. tractor with VIN 1XPFDB9X26N642109, Texas license plate R202004.

2. The United States of America is authorized to seize the forfeited property. *See* 8 U.S.C. § 1324(b)(1).

3. The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

4. Any person, other than the Defendant, asserting a legal interest in the forfeited property may, within thirty (30) days of the final publication of notice or receipt of notice,

1

whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest in the property.

5. This forfeiture order shall be made a part of the Defendant's sentence and included in the judgment.

Signed at Houston, Texas, on \_\_\_Dec 17_____, 2018.

_____
THE HONORABLE GRAY H. MILLER
UNITED STATES DISTRICT JUDGE