IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-17-651-9 |
| | § | |
| GRISEL SALAS | § | |

### ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT

The United States Magistrate Judge has submitted her Report and Recommendation that this court accept the guilty plea of Grisel Salas and find her guilty of Count 18 of the Indictment charging her with conspiracy to bring in, transport, move, conceal, harbor and shield from detention illegal aliens in violation of 8 U.S.C. §§ 1324 (a)(1)(A)(ii), (iii) and (v)(I), and 1324(a)(1)(B)(i), (iii). No objections have been filed to the Report and Recommendation.

After the *de novo* review required under 28 U.S.C. § 636(b)(1)(C), this court finds that the record and law support the Magistrate Judge's Report and Recommendation. The court accepts the Report and Recommendation.

Accordingly, the court finds that the defendant, Grisel Salas, is fully competent and capable of entering an informed plea, that she is aware of the nature of the charges made against her and the consequences of her plea, and that her guilty plea is knowing and voluntary and supported by an independent basis in fact containing each of the essential elements of the offense with which she is charged.

The defendant, Grisel Salas, is **GUILTY** of the offense of conspiracy to bring in, transport, move, conceal, harbor and shield from detention illegal aliens in violation of 8 U.S.C. §§ 1324 (a)(1)(A)(ii), (iii) and (v)(I), and 1324(a)(1)(B)(i), (iii).

Signed at Houston, Texas on January 2, 2019.

_____
Gray H. Miller
United States District Judge