| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA §
§
v. § CRIMINAL ACTION H-17-651-9
§
GRISEL SALAS *on bond* §

# Order

Defendant's unopposed motion to continue sentencing (Dkt. 378) is GRANTED. It is therefore ORDERED that the sentencing of the defendant is reset as follows:

1. The presentence investigation reports will be available to the defendant by March 15, 2019.

2. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by March 29, 2019.

3. The probation officer must submit to the Judge the final presentence reports with an addendum addressing contested issues by April 12, 2019.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. The sentencing will be held on April 17, 2019 at 10:30 a.m.

Signed at Houston, Texas on February 5, 2019.

_____
Gray H. Miller
Senior United States District Judge