United States District Court
Southern District of Texas
**ENTERED**
March 20, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA § 
§
§
v. § CRIMINAL ACTION H-17-651-9
§
§
GRISEL SALAS *on bond* §

## Order Resetting Sentencing

The sentencing of the defendant is reset as follows:

1. The presentence investigation report will be available to the defendants by July 5, 2019.

2. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by July 19, 2019.

3. The probation officer must submit to the Judge the final presentence report with an addendum addressing contested issues by August 2, 2019.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. The sentencing will be held on August 8, 2019 at 10:00 a.m.

Signed at Houston, Texas on March 20, 2019.

_____
Gray H. Miller
Senior United States District Judge