| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL ACTION H-17-651-9 |
| § | |
| GRISEL SALAS *on bond* § | |

## Order

Defendant's unopposed motion for continuance (Dkt. 422) is GRANTED. It is therefore

ORDERED that the sentencing of the defendant is reset as follows:

1. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by March 6, 2020.

2. The probation officer must submit to the Judge the final presentence reports with an addendum addressing contested issues by March 20, 2020.

3. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

4. The sentencing will be held on March 26, 2020 at 10:45 a.m.

Signed at Houston, Texas on January 17, 2019.

Gray H. Miller
Senior United States District Judge